UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



FILED
MAR 1 9 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

NO. 4:20-CR-23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | CRIMINAL INFORMATION |
| WILLIAM J. THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE UNITED STATES CHARGES:

On or about March 29, 2018, the defendant,

**WILLIAM J. THOMPSON,**

knowingly destroyed a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter and case within the jurisdiction of a department and agency of the United States, and in relation to and contemplation of such matter and case; that is, while the Federal Bureau of Investigation, Naval Criminal Investigative Service, and Internal Revenue Service were investigating the defendant and PUBLIC OFFICIAL 1 for bribery and tax offenses, the defendant engaged in a series of text messages with PUBLIC OFFICIAL 1 regarding the pending investigation, and subsequently deleted said text messages in order to prevent federal law enforcement authorities from learning of the existence and contents of said communications, in violation of Title 18, United States Code, Section 1519.

1

COREY R. AMUNDSON
Chief
Public Integrity Section

By: /s/ Erica O'Brien Waymack

Erica O'Brien Waymack
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20530
(202) 514-1412