

U. S. Department of Justice

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

---

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: March 13, 2020

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: Erica O'Brien Waymack
Trial Attorney, Public Integrity Section

SUBJECT: United States v. William J. Thompson
Docket No. ___4:20-CR-23___, Eastern Division


The above-named case is being filed as a Criminal Information. The Criminal Information charges the defendant with destruction of records in a federal investigation, in violation of Title 18, United States Code, Section 1519.

A previously filed Indictment in United States v. Christopher P. Wilkinson, 7:18-CR- 48-BO, is related to the above-named case in that it relates to the same allegations of bribes paid in exchange for government contracts at Camp Lejeune, North Carolina. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by:

_____
ROBERT J. HIGDON, JR.
United States Attorney